# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0662-20
           A-0670-20

ROBERT SIPKO,

     Plaintiff-Respondent,

v.

KOGER, INC., and
RASTISLAV SIPKO,

     Defendants-Appellants,

and

KOGER DISTRIBUTED
SOLUTIONS, INC., KOGER
PROFESSIONAL SERVICES,
INC., KOGER LIMITED
(DUBLIN), and GEORGE SIPKO,

     Defendants.

_____

Submitted July 6, 2021 – Decided July 22, 2021

Before Judges Messano and Suter.

On appeal from the Superior Court of New Jersey, Chancery Division, Bergen County, Docket No. C-000393-07.

Newman, Simpson & Cohen, LLP, attorneys for appellant Rastislav Sipko (Daniel J. Cohen and Daniel C. Stark, on the briefs).

Lum Drasco & Positan, LLC, attorneys for appellant Koger, Inc. (Paul A. Sandars, III, and Scott E. Reiser, of counsel and on the brief).

Pashman Stein Walder Hayden, attorneys for respondent Robert Sipko (Michael S. Stein, of counsel; Erik M. Corlett and Timothy P. Malone, on the briefs).

Foreman Holt, attorneys for respondent Charles M. Forman (Michael E. Holt, on the briefs).

PER CURIAM

Appellants advised the court that all parties have agreed to the dismissal of these appeals without prejudice pursuant to a fully executed consent stipulation of dismissal filed with the court. The appeals are dismissed without prejudice pursuant to the terms of the stipulation of dismissal.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2